| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor: Rock US Investments LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 26-0455341 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City and State):<br>183 Madison Avenue<br>Suite 617<br>New York, NY 10016 | Street Address of Debtor (No. and Street, City and State):<br><br><br>ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business: New York, NY | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing address of Debtor (if different from street address): | Mailing address of Debtor (if different from street address):<br><br>ZIP CODE |
|---|---|

Location of Principal Assets of Business Debtor (if different from street address above):
100-104 Fifth Avenue, New York, NY 10011

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box.) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>■ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |
|---|---|

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>■ A plan is being filed with this petition.<br>■ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS<br>FOR COURT USE<br>ONLY** |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Rock US Investments LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: See Schedule 1 Attached | Case Number: | Date Filed: |
| District: Delaware | Relationship: | Judge: |

| **Exhibit A** <br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B** <br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br>X _____ <br>Signature of Attorney for Debtor(s) (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

■   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐          Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐          Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

■          Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐          There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐          Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐          Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐          Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐          Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐          Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): Rock US Investments LLC |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>   Telephone Number (if not represented by attorney)<br><br>_____<br>   Date | I declare under penalty of perjury that the information provided in this petition is true<br>and correct, that I am the foreign representative of a debtor in a foreign proceeding,<br>and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>  ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>  ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>   (Printed Name of Foreign Representative)<br><br>_____<br>   Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X *Neil B Glassman*<br>   Signature of Attorney for Debtor(s)<br><br>Neil B. Glassman (No. 2087)/Jamie L. Edmonson (No. 4247)<br>Printed Name of Attorney for Debtor(s)<br><br>Bayard, P.A.<br>Firm Name<br><br>222 Delaware Avenue, Suite 900<br>Address<br><br>Wilmington, DE 19899<br><br>302-655-5000<br>Telephone Number<br><br>9/15/10<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>   Date |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Authorized Individual<br>   Michael L. Brody<br>   Printed Name of Authorized Individual<br>   Director and Senior Vice President<br>   Title of Authorized Individual<br>   9/15/10<br>   Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**Pending Bankruptcy Cases Filed by Affiliates**

Name of Debtor:    Rock US Holdings, Inc.
District:    Delaware
Case Number:    Pending
Relationship:    Affiliate
Date Filed:    9/15/2010
Judge:    Pending

Name of Debtor:    Rock New York (100-104 Fifth Avenue) LLC
District:    Delaware
Case Number:    Pending
Relationship:    Affiliate
Date Filed:    9/15/2010
Judge:    Pending

Name of Debtor:    Rock New York (183 Madison Avenue) LLC
District:    Delaware
Case Number:    Pending
Relationship:    Affiliate
Date Filed:    9/15/2010
Judge:    Pending

# United States Bankruptcy Court
## District of Delaware

In re <u>Rock US Investments LLC</u>   Case No. 10-_____ (_____)
                    Chapter 11

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 20 LARGEST UNSECURED CLAIMS

  Following is the consolidated list of the debtors' creditors holding the 20 largest unsecured claims. This list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases. This list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one the creditors holding the 20 largest unsecured claims, indicate that by stating "minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade, debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Alan Wildes<br>143 Dorchester Road<br>Scarsdale, NY 10583-6052 | P: 914 -472-9443 | Lawsuit | Disputed, contingent, unliquidated. | Unknown |
| Scott Pudalov<br>404 E 79th Street<br>Apt. 8H<br>New York, NY 10021 | P: 212-628-7774 | Lawsuit | Disputed, contingent, unliquidated. | Unknown |

1

# DECLARATION REGARDING
## CONSOLIDATED LIST OF CREDITORS HOLDING
### 20 LARGEST CLAIMS

I, Michael L. Brody, am an authorized officer of Rock US Investments LLC, the debtor in this case (the "Debtor"), and in such capacity am familiar with the financial affairs of the Debtor. I declare under penalty of perjury that the foregoing Consolidated List of Creditors Holding 20 Largest Claims is true and correct to the best of my knowledge, information and belief.

Date: September ___, 2010

Michael L. Brody
Senior Vice President

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## LIST OF EQUITY SECURITY HOLDERS OF
## ROCK US INVESTMENTS LLC

    In accordance with Rules 1007(a)(1), 1007(a)(3), and 7007.1(a) of the Federal Rules of Bankruptcy Procedure, the Debtor submits the following information:

| NAME AND ADDRESS OF EQUITY HOLDERS | INTEREST |
|---|---|
| Rock US Holdings Inc.<br>183 Madison Avenue<br>Suite 617<br>New York, NY 10016 | 100% |

**DECLARATION REGARDING
LIST OF EQUITY SECURITY HOLDERS OF
ROCK US INVESTMENTS LLC.**

I, Michael L. Brody, am an authorized officer of Rock US Investments LLC, the debtor in this case (the "Debtor"), and in such capacity am familiar with the financial affairs of the Debtor. I declare under penalty of perjury that the foregoing List of Equity Security Holders of the Debtor is true and correct to the best of my knowledge, information and belief.

Date: September __, 2010

_____
Michael L. Brody
Senior Vice President

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**ROCK US HOLDINGS INC.**
Unanimous Written Consent
of
Board of Directors
September 14, 2010

The undersigned, being all of the members of the Board of Directors (the "<u>Board</u>") of Rock US Holdings Inc., a Delaware corporation (the "<u>Corporation</u>"), do hereby consent, pursuant to the provisions of Section 141(f) of the General Corporation Law of the State of Delaware and of the By-Laws of the Corporation, to the adoption of the following resolutions, effective as of the date set forth above:

**WHEREAS,** the Corporation is the sole member of Rock US Investments LLC, a Delaware limited liability company ("<u>Rock Investments</u>"), and Rock Investments is the sole member of Rock New York (100-104 Fifth Avenue) LLC, a Delaware limited liability company ("<u>Rock Fifth Avenue</u>", together with Rock Investments and the Corporation, the "<u>Companies</u>"); and

**WHEREAS,** in the judgment of the Board it is desirable and in the best interests of the Companies, their lender and other interested parties that, subject to the approval of the stockholder of the Corporation, respective petitions be filed on behalf of each of the Companies seeking relief under the provisions of Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "<u>Bankruptcy Code</u>") pursuant to a prepackaged plan of reorganization; and

**WHEREAS,** in the judgment of the Board in connection with the Companies' cases under Chapter 11 of the Bankruptcy Code, it is desirable and in the best interests of the Companies, their lender and other interested parties that Rock Fifth Avenue sell the property known as 100-104 Fifth Avenue, New York, New York (the "<u>Property</u>") substantially on the terms of the proposed execution copy of the Agreement of Sale and Purchase, dated as of September 14, 2010 (the "<u>Purchase Agreement</u>"), between Rock Fifth Avenue, as Seller, and 100-104 Fifth, LLC as Purchaser, reviewed by the Board.

**NOW THEREFORE, IT IS:**

**RESOLVED,** that each of the officers of the Companies, including, but not limited to, Sharon Manewitz and Michael Brody, so long as such persons continue to serve in such capacities (collectively, the "<u>Authorized Representatives</u>"), is hereby authorized, empowered and directed, in the name and on behalf of the Corporation, (i) for the Corporation, (ii) as the sole member of Rock Investments, and (iii) as the sole member of Rock Investments which is the sole member of Rock Fifth Avenue, to execute and verify a petition for each of the Companies seeking relief under Chapter 11 of the Bankruptcy Code pursuant to a prepackaged plan of reorganization as approved by the Board in consultation with Rock Joint Ventures Limited (in Administration), the sole stockholder of the Corporation (the "<u>Stockholder</u>"), and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware at such time as the Authorized Representative(s) executing the same shall determine after consultation with the Stockholder; and it is further

**RESOLVED,** that the law firm of Bayard, P.A., is hereby employed as general bankruptcy counsel for the Companies in connection with the preparation for and the prosecution of their Chapter 11 cases; and it is further

RESOLVED, that the law firm of Hogan Lovells US LLP., is hereby employed as special corporate and litigation counsel for the Companies for all purposes prior to and during the prosecution of their Chapter 11 cases, and in other related matters; and it is further

RESOLVED, that in the event of any proceedings involving or against Bank of Scotland plc (the "Bank") as Lender to any of the Companies, Bayard, P.A. shall be responsible for the representation of the Companies in connection with that matter, including without limitation review of the Bank's secured position against any of the Companies; and it is further

RESOLVED, that the law firm of Jones Day is hereby employed as special real estate counsel for the Companies in their Chapter 11 cases, and in other related matters, on such terms and conditions as the Board shall approve; and it is further

RESOLVED, that each of the Authorized Representatives is hereby authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, and, in connection therewith, to take and perform any and all further deeds that they deem necessary, proper or desirable in connection with each of the Companies' Chapter 11 cases, with a view to the successful prosecution of such case; and it is further

RESOLVED, that Rock Fifth Avenue shall sell the Property substantially on the terms of the proposed execution copy of the Purchase Agreement reviewed by the Board; and it is further

RESOLVED, that each Authorized Representative is hereby authorized, empowered and directed, in the name and on behalf of Rock Fifth Avenue, to execute and deliver the Purchase Agreement substantially in the form and on the terms of the proposed execution copy of the Purchase Agreement reviewed by the Board, with such changes therein as the Authorized Representative executing the same may approve after consultation with the Stockholder, such authorized Representative's execution thereof to be conclusive evidence of such approval; and it is further

RESOLVED, that each of the Authorized Representatives is authorized, empowered and directed, in the name and on behalf of the Corporation, (i) for the Corporation, (ii) as the sole member of Rock Investments, and (iii) as the sole member of Rock Investments which is the sole member of Rock Fifth Avenue, to cause the Companies, or to authorize others to cause the Companies, to enter into, execute, deliver, certify, file and/or record and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such officer shall be or become necessary, proper and desirable to realize the successful completion each of the Chapter 11 cases, to effectuate the sale of the Property (subject to the consultation requirement referred to in the immediately preceding resolution) and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions; and it is further

RESOLVED, that any and all past actions heretofore taken by any of the Authorized Representatives in the name and on behalf of any of the Companies in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved; and it is further

RESOLVED, (i) that the Board understands that (a) an action is pending in the United States District Court for the Southern District of New York, captioned Alan Wildes and Scott Pudalov v. HBOS plc, John Bruce Cartwright, as Administrator of Birchridge Ltd. and Rock Joint Ventures Ltd.,

Laurie Katherine Mason, as Administrator of Birchridge Ltd. and Rock Joint Ventures Ltd., Peter Norman Spratt, as Administrator of Birchridge Ltd. and Rock Joint Ventures Ltd., Birchridge NY LLC, Rock US Property Management LLC, Rock US Investments LLC and Rock US Holdings Inc. (the "Proceeding") and (b) one exhibit to the complaint in the Proceeding is an undated, partially executed Amended and Restated Operating Agreement (the "Subject Operating Agreement") for Rock Investments that lists Messrs. Wildes and Pudalov as additional members of Rock Investments and lists the Corporation as the Manager of Rock Investments; and (ii) that in the event that the Subject Operating Agreement is in effect, the matters and actions authorized and ratified hereby with respect to Rock Investments shall be deemed taken by the Corporation in its capacity as the Manager of Rock Investments.


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**IN WITNESS WHEREOF**, the undersigned hereby consent to and approve and adopt these resolutions as of September 14, 2010.

Sharon Manewitz

_____

Michael Brody

IN WITNESS WHEREOF, the undersigned hereby consent to and approve and adopt these resolutions as of September _14_, 2010.

_____
Sharon Manewitz

_____
Michael Brody

**Michael L. Brody**
**Director and Senior Vice President**

WNY - 002399/000001 - 2372280 v11